# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  CV 09-06895 JVS (MLGx)                              Date  October 28, 2009

Title  Percy A. Drosihn v. Pacific Legacy Real Estate and Investments, Inc., et al.

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers)
Order Directing Response to Plaintiff's Order to Show Cause

The Court hereby directs counsel for defendants' to file any response to the plaintiff's Ex Parte Application and Motion to 1) Vacate any Remand Order and 2) Join Removed Unlawful Detainer Case No SA CV 09-1081-JVS etc. not later than Noon on Friday, October 30, 2009.

cc:  Steven D. Silverstein, Esq.

:  00

Initials of Preparer  kjt