JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Percy Drosihn, ) | CV 09-06895-JVS(MLGx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL FOR |
| ) | |
| v. ) | LACK OF PROSECUTION |
| ) | |
| Pacific Legacy real estate ) | |
| and Investments, Inc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    The Court having issued an Order to Show Cause on <u>  January 21, 2010  </u> as to why this action should not be dismissed for lack of prosecution, with a written response due on <u>February 16, 2010,</u> and no response having been made, and no appearance having been made at the hearing set for February 22, 2010,

    IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED:  February 26, 2010

                                           James V. Selna
                                           United States District Judge